B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Southern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Salt Creek Golf, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>75-3202410 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>525 Hunte Parkway<br>Chula Vista, CA<br>ZIP Code 91914 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>San Diego | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | 525 Hunte Parkway<br>Chula Vista, CA 91914 |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(4/10)**                                                                   **Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br>   Salt Creek Golf, LLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br>   - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>   Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

            _____ <br>             (Name of landlord that obtained judgment)

            _____ <br>             (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(4/10)**                                                                                                          **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Salt Creek Golf, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Michael D. Breslauer
_____
Signature of Attorney for Debtor(s)

Michael D. Breslauer 110259
Printed Name of Attorney for Debtor(s)

Solomon Ward Seidenwurm & Smith LLP
Firm Name

401 B Street, Suite 1200
San Diego, CA 92101-4295

_____
Address

                              Email: mbreslauer@swsslaw.com
619-231-0303  Fax: 619-231-4755
Telephone Number

August 19, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ William Gustafson
_____
Signature of Authorized Individual

William Gustafson
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

August 19, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
Michael D. Breslauer 110259
401 B Street, Suite 1200
San Diego, CA 92101-4295
619-231-0303
110259

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Salt Creek Golf, LLC

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed.  Creditor diskette required.                    TOTAL NO. OF CREDITORS:  152

☐ Conversion filed on _____. *See instructions on reverse side.*
  ☐ Former Chapter 13 converting.  Creditor diskette required.       TOTAL NO. OF CREDITORS: _____
  ☐ Post-petition creditors added.  Scannable matrix required.
  ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
  ☐ Names and addresses are being ADDED.
  ☐ Names and addresses are being DELETED.
  ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:    August 19, 2011                    /s/ William Gustafson
                                            William Gustafson/Managing Member
                                            Signer/Title

## REFER TO INSTRUCTIONS ON REVERSE SIDE
CSD 1008

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1)      Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2)      A creditors matrix with Verification is required whenever the following occurs:

   a)      A new petition is filed.  Diskette required.

   b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be originally typed or printed. It may not be a copy.

4)      CONVERSIONS:

   a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification.  Diskette required.

   b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

   a)      Scannable matrix format required.

   b)      The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the REVERSE side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                  Best Case Bankruptcy

2011 Escalade Ally
P.O. Box 380902
Minneapolis, MN 55438-0902


A.D. Williams Turf Sprayers
11033 North 23rd Avenue
Phoenix, AZ 85029


AA Equipment
411 N. Marshall Avenue
El Cajon, CA 92020


ADT Security Services
P.O. Box 371956
Pittsburgh, PA 15250-7956


ADT Security Services, Inc.
P.O. Box 371956
Pittsburgh, PA 15250-7956


Advertising Edge, Inc.
9840 Prospect Avenue
Santee, CA 92071


Aetna, Inc.
1385 East Shaw Avenue
Fresno, CA 93710


AgSource Harris
300 Speedway Circle, Suite 2
Lincoln, NE 68502


Ahlee Backfow Service, Inc.
9920 Prospect Avenue #104
Santee, CA 92071

Alan Brodkin & Associates
15500 Brockfield Blvd
Irvine, CA 92618


Allied Waste Services
881 Energy Way
Chula Vista, CA 91911


AndMore Corporation
13125 Danielson Street #104
Poway, CA 92064


Aqua-Phyd
17155 Von Karman #112
Irvine, CA 92614


Aramark Uniform Services
P.O. Box 919007
San Diego, CA 92191-9007


AT&T
Payment Center
Sacramento, CA 95887-0001


AT&T
P.O. Box 78522
Phoenix, AZ 85062-8522


AT&T
P.O. Box 660688
Dallas, TX 75266-0688


Atlas Pen & Pencil Corp.
P.O. Box 553673
Detroit, MI 48255

Atlas Pumping
12740 Viligante Road
Lakeside, CA 92040


California Dental Network, Inc
1971 E 4th Street #184
Santa Ana, CA 92705-3917


Callaway
P.O. Box 9002
Carlsbad, CA 92018-9002


Carmeuse Industrial Sands
31302 Ortega Highway
P.O. Box 249
San Juan Capistrano, CA 92693-0249


Cawley
P.O. Box 2110
Manitowoc, WI 54221-2110


CBJT Inc.
P.O. Box 1383
Brawley, CA 92227


Cerebus Capital LLC
2525 E Camelback Rd, Ste 1050
Phoenix, VT 05016


Certified Folder Display, Inc.
1120 Joshua Way
Vista, CA 92081


Cintas Corporation
675 32nd Street
San Diego, CA 92102

City of Chula Vista
P.O. Box 7549
Chula Vista, CA 91912


Cleveland Golf/Srixon
5601 Skylab Road
Huntington Beach, CA 92647


CMC Golf, Inc.
15695 North 83rd Way
Scottsdale, AZ 85260


County of San Diego APC
10124 Old Grove Road
San Diego, CA 92131


Crop Production Services, Inc.
1015 Linda Vista Drive
San Marcos, CA 92078


Custom Plastic Card Company
1801 Green Road
Pompano Beach, FL 33064


Deere Credit Inc.
6400 NW 86th Street
Johnston, IA 50131


Direct TV
P.O. Box 5392
Miami, FL 33152-5392


Don Martin and Co.
1035 N. Alvardo Street
Los Angeles, CA 90026

E-Z-GO
1451 Marvin Griffin Road
Augusta, GA 30906


Eagle One
1340 N. Jefferson Street
Anaheim, CA 92807


Ecolab
P.O. Box 100512
Pasadena, CA 91189-0512


Employee Management Solutions
27881 La Paz Road, Ste G-256
Laguna Niguel, CA 92677


Epic Transportation
340 14th Street
San Diego, CA 92101


Etonic Worldwide LLC
P.O. Box 13672
Newark, NJ 07188-1367


Evergreen Nursery
P.O. Box 503130
San Diego, CA 92150


EWGA
P.O. Box 30568
Santa Barbara, CA 93130-0568


Ford Motor Credit
2700 Cumberland Pkwy.
Ste. 540
Atlanta, GA 30339

Fore-Par
7650 Stage Road
Buena Park, CA 90621


Fountain Media Group, Inc.
1501 San Elijo Road South
#104-202
San Marcos, CA 92079-2122


GE Capital
P.O. Box 3083
Cedar Rapids, IA 52406-3083


GE Capital Corp.
P.O. Box 802585
Chicago, IL 60680-2585


Gear for Sports
9700 Commerce Parkway
Lenexa, KS 66219


Gift Box Corporation
305 Veterans Blvd.
Carlstadt, NJ 07072


Golf Digest Tourney Planner
33519 State Street
Farmington, MI 48335


Golf Fusion LLC
2638 Belmont Canyon Road
Belmont, CA 94002


Golf Scorecards, Inc.
9735 SW Sunshine Ct, Ste 700
Beaverton, OR 97005

Golf Tournament Specialists
1350 Reynolds Avenue #118
Irvine, CA 92614


Golf Ventures West
5101 Gateway Blvd, Ste 18
Lakeland, FL 33811


Greg Norman Collection Inc.
99 Hook Road, Section 5
Bayonne, NJ 07002


Haack & Company International
610 India Street
San Diego, CA 92101


Helena Chemical Co.
225 Schilling Blvd #300
Collierville, TN 38017


HMX Sportswear Inc.
3275 Payshere Circle
Chicago, IL 60674


HRS Golf, Inc.
P.O. Box 270903
San Diego, CA 92198


Hydro-Scape Products, Inc.
5805 Kearny Villa Road
San Diego, CA 92123


IKON Office Solutions
P.O. Box 7420
Pasadena, CA 91109-7420

Integrated Business Systems
12201 Gayton Road Ste 100
Henrico, VA 23238


J2 Golf Marketing
8917 Lake City WAY NE
Seattle, WA 98115


Jauregui & Culver Inc.
959 W. Mission Avenue
Escondido, CA 92025


JC Resorts LLC
533 Coast Boulevard South
La Jolla, CA 92037


John D. Radewald
11115 Pigeon Pass Road
Moreno Valley, CA 92557


John Deere Credit
P.O. Box 4450
Carol Stream, IL 60197-4450


Kimball Midwest
Dept L-2780
Columbus, OH 43260-2780


King Par, LLC
G-5140 Flushing Road
Flushing, MI 48433


Lease Consultants
P.O. Box 71397
Clive, IA 50325

Legendary Holdings Inc.
8653 Avenida Costa Norte
San Diego, CA 92154


Logo Golf Chips Inc.
P.O. Box 13116
Palm Desert, CA 92255


Mar Safety
P.O. Box 711321
San Diego, CA 92171-1321


Martinez Farms, Inc.
2440 Cautus Road
San Diego, CA 92154


Marvin K. Brown Auto Center
1441 Camino Del Rio South
San Diego, CA 92108


Maxx Sunglasses
P.O. Box 794
Monument, CO 80132


MicroVision
11633 Sorrento Valley Road
Suite 4A
San Diego, CA 92121


Nike USA, Inc.
15500 B Rockfield Blvd.
Irvine, CA 92618


NStyle Limousine
1551 Union Street #409
San Diego, CA 92101

Office Depot
P.O. Box 630813
Cincinnati, OH 45263-0813


Otay Mesa Chamber of Commerce
9163 Siempre Viva Road Ste 1-2
San Diego, CA 92154


Otay Water District
P.O. Box 51375
Los Angeles, CA 90051-5675


Otay Water Lease
2554 Sweetwater Springs Blvd.
Spring Valley, CA 91978-2096


Pace Turf, LLC
1267 Diamond Street
San Diego, CA 92109


Pipeline Consulting
2120 Butler Avenue
Los Angeles, CA 90025


Premiumwear, Inc.
SDS 12-1459 PO Box 86
Minneapolis, MN 55486-1459


Principal Life Insurance
P.O. Box 10372
Des Moines, IA 50306-0372


Pro Shot Investors LLC
13865 Alton Parkway Ste 100
Irvine, CA 92618

ProShot Investors, LLC
13865 Alton Parkway, Ste 100
Irvine, CA 92618


Puma North America, Inc.
10 Lyberty Way
Westford, MA 01886


Pureflow Water
7737 Mission Gorge Road
Santee, CA 92071-3399


R&R Products Inc.
3334 E. Milber Street
Tucson, AZ 85714


Range Servant America, Inc.
3000 Center Place, Suite 300
Norcross, GA 30093


ReachLocal, Inc.
5120 Goldleaf Circle,Ste 320
Attn: Bryan Sullivan
Los Angeles, CA 90056


Reliable Plumbing, Inc.
P.O. Box 6561
Chula Vista, CA 91909


Richard J. Thorman
8090 Sunrise Circle
Franklin, TN 37067


San Diego Convention & Visitor
2215 India Street
San Diego, CA 92101-1725

San Diego County Treasurer
Tax Coll. Attn: Bankruptcy Des
1600 Pacific Hwy., Rm. 162
San Diego, CA 92101


San Diego County Women's Golf
13872 Royal Dornoch Square
San Diego, CA 92128


Scott Albrecht, Esq.
19800 MacArthur Blvd Ste 1000
Irvine, CA 92612


SDG&E
P.O. Box 129123
San Diego, CA 92112


SDG&E
P.O. Box 25111
Santa Ana, CA 92799-5111


Severiano Segovia
245 Rancho Drive Ste C
Chula Vista, CA 91911


Sharp Rees
P.O. Box 939089
San Diego, CA 92193-9089


Sharp Rees - Stealy
4000 Ruffin Road, Ste E
San Diego, CA 92123-1800


Siemens
P.O. Box 360766
Pittsburgh, PA 15250-6766

Signature Lincoln Mercury
3030 E Sahara Avenue
Las Vegas, NV 89104


SIMNSA Health Plan
333 H Street, Ste 6040
Chula Vista, CA 91910


Simplot Partners
6160 Marindustry Dr Ste A
San Diego, CA 92121


Spanky's Portable Services Inc
1925 Palomar Oaks Way #204
Carlsbad, CA 92008


Sportcover International, Inc.
2150 Winstor Park Dr. Unit 16
Oakville, Ontario
Canada L6H 5V1


Stack & Chimney/Pullman Power
1575 N. Universal Ave, Ste 230
Kansas City, MO 64120


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279


State Board of Equalization
1350 Front Street, Suite 5047
San Diego, CA 92101-3698


Sullivan Curtis Moore, LLC
P.O. Box 19763
Irvine, CA 92623-9763

Sun Diego Charter Co.
522 West 8th Street
National City, CA 91950


Sun Graphics, Inc.
8544 Commerce Avenue
San Diego, CA 92121


Sustainable Turf Science
729 W. 16th Street, Suite B-1
Costa Mesa, CA 92627


Sysco Food Services
12180 Kirkham Road
Poway, CA 92064


TapIn Solutions, LLC
122 Second Avenue, Suite 201
San Mateo, CA 94401


Target
431 Daisy Lane
San Marcos, CA 92078


Target
Attn: Michelle Centeno
P.O. Box 3408
Santa Fe Springs, CA 90670


TeeBox International Handfree
8419 East Del Camion
Scottsdale, AZ 85258


Telepacific Communications
515 S. Flower Street 47th Fl
Los Angeles, CA 90071-2201

Textron Business Services
Dept AT 40219
Atlanta, GA 31192-0219


Textron Financial Corp
P.O. Box 308
Wichita, KS 67201-0308


Textron Financial Corporation
40 Westminster Road
Providence, RI 02903


The CIT Group
P.O. Box 1036
Charlotte, NC 28201-1036


The Soco Group, Inc.
3124 S. Parker Rd #A2-119
Aurora, CO 80014


The Toro Company
39398 Treasury Center
Chicago, IL 60694


Tim Hoover
5046 Via Lara Lane
Santa Barbara, CA 93111


Titleist
P.O. Box 965
Fairhaven, MA 02719-0965


TSI of San Diego
233 La Barranca Drive
Solana Beach, CA 92075

Turf Maker
651 Anita Street, B-1
Chula Vista, CA 91911


Turf Star, Inc.
P.O. Box 45621
San Francisco, CA 94145-0621


Union Tribune Publishing Co.
P.O. Box 121546
San Diego, CA 92112-5546


United Rentals
450 Glass Lane #C
Modesto, CA 95356


University of California
900 University Avenue
Riverside, CA 92521-0106


VGM Club
P.O. Box 1707
Waterloo, IA 50704


Vision Service Plan
P.O. Box 45210
San Francisco, CA 94145-5210


WageWorks, Inc.
P.O. Box 1928
Vista, CA 92085-1928


WEB-TPA
P.O. Box 67
Grapevine, TX 76099-0067

Wells Fargo Financial
800 Walnut Street
Des Moines, IA 50309


Wells Fargo Financial Leasing
MAC-F4031-040
800 Walnut Street
Des Moines, IA 50309


Wells Fargo Financial Leasing
MAC-F4031-050
800 Walnut Street
Des Moines, IA 50309-3605


WestAir Gases & Equipment
P.O. Box 131902
San Diego, CA 92170-1902


Williams Scotsman
8211 Town Center Drive
Nottingham, MD 21236


Williams Scotsman Inc.
P.O. Box 91975
Chicago, IL 60693-1975


WJ Oaks Boy's & Girls Club
1507 Woody Hills Drive
El Cajon, CA 92019


ZEP Manufacturing Company
1000 Railroad Street
Corona, CA 92882-1947